**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | **CASE NO.  19-24220-CMB** |
| **SCOTT A. TREADWELL** | ) | **CHAPTER 13** |
| **DEBTOR** | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND
REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING
PROPERTY DESCRIBED AS  4435 MARYWOOD DR, MONROEVILLE, PA 15146
AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN
NUMBER *******7774**

NOW COMES Freedom Mortgage Corporation, by and through its attorney Brock and

Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this

cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings,

documents and hearings; that it receive copies of all documents; and be added to the matrix to be

served at the addresses below:

Mario Hanyon
Brock and Scott, PLLC
Attorneys at Law
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
pabkr@brockandscott.com

Freedom Mortgage
10500 Kincaid Drive
Fishers, Indiana 46037

Please take notice that the undersigned hereby appears as counsel for Freedom Mortgage

Corporation pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited

to the instant case noted above and should not be construed as unlimited representation of the

21-08169 BKSUP01




Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant

case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ Mario Hanyon

Mario Hanyon
Attorney at Law (203993)
Brock & Scott, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
844-856-6646 x4560
704-369-0760
pabkr@brockandscott.com

21-08169 BKSUP01