IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | ) | |
| | ) | |
| Scott A. Treadwell | ) | Bankruptcy No. 19-24220 CMB |
| *Debtor* | ) | |
| SSN XXX-XX-3523 | ) | Chapter 13 |
| | ) | |
| Scott A. Treadwell | ) | Related to Docket No. 52 |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| Port Authority of Allegheny County | ) | |
| *Respondent* | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on December 1, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF filing**
Ronda J. Winnecour, Trustee

**Served by U.S. First Class Mail**

| | |
|---|---|
| Port Authority of Allegheny County | Scott A. Treadwell |
| Attn: Payroll Department | 4435 Marywood Drive |
| 345 Sixth Avenue | Monroeville, PA 15146 |
| Pittsburgh, PA  15222 | |

| | |
|---|---|
| | /s/ Kenneth M. Steinberg |
| Date: December 1, 2021 | Kenneth M. Steinberg, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | Suite 2830, Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | Kenny.steinberg@steidl-steinberg.com |
| | PA I.D. No. 31244 |