IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | ) | |
| | ) | |
| Scott A. Treadwell | ) | Bankruptcy No. 19-24220 CMB |
| *Debtor* | ) | |
| SSN XXX-XX-3623 | ) | Chapter 13 |
| | ) | |
| Scott A. Treadwell | ) | Related to Docket No. 52, 54 |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| Port Authority of Allegheny County | ) | |
| *Respondent* | ) | |

## AMENDED CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on December 1, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF filing**
Ronda J. Winnecour, Trustee


**Served by U.S. First Class Mail**

Port Authority of Allegheny County      Scott A. Treadwell
Attn: Payroll Department                4435 Marywood Drive
345 Sixth Avenue                        Monroeville, PA 15146
Pittsburgh, PA  15222


Date: December 1, 2021

/s/ Kenneth M. Steinberg
Kenneth M. Steinberg, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Kenny.steinberg@steidl-steinberg.com
PA I.D. No. 31244