IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | :Bankruptcy No.  19-24220 CMB |
| | : |
| Scott A. Treadwell | : Chapter 13 |
|       Debtor | :Related to Docket No 61 |
| | : |
| Scott A. Treadwell | : |
|       Movant | : |
| | : |
|     v. | : |
| | : |
| ADT Security Services, Allegheny Health Network, Asset Recovery Solutions, Bank of America, Bob's Furniture, Bridgecrest, Bureaus Investment Group Portfolio No 15 LLC, Capital One, Carvana LLC, Citibank, Credit Collection Service, Credit One Bank, Duquesne Light Company, Bernstein-Burkley, Freedom Mortgage Corporation, Fingerhut, Jefferson Capital Systems LLC, Brook And Scott PLLC, LVNV Funding LLC, Mariner Finance LLC, Midland Credit Management, KML Law Group, Office of the United States Trustee, OneMain Financial, PRA Receivables Management LLC, Pennsylvania Department of Revenue, Pep Boys/Synchrony Bank, Phelan Hallinan Diamond & Jones LLP, Quest Diagnostic, SYNCB: Synchrony Bank The Bureaus Inc, The Home Depot, Tracy L Treadwell, UPMC Health Services, US BankCorp, Wells Fargo Bank, Ronda J. Winnecour Chapter 13 Trustee | : |
|       Respondents | : |

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on December 6, 2021, a true and correct copy of the *Notice of Proposed Modification to Confirmed Plan along with the Amended Chapter 13 Plan* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF filing**

Ronda J. Winnecour, Trustee

**Served by U.S. First Class Mail**

All Parties on the Attached Mailing Matrix

Date: December 6, 2021

/s/ Kenneth M. Steinberg
Kenneth M. Steinberg, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Kenny.steinberg@steidl-steinberg.com
PA I.D. No. 31244

```
Label Matrix for local noticing         ADT                                      ADT Security Services
0315-2                                   c/o SRM                                 PO Box 650485
Case 19-24220-CMB                        PO Box 4068                             Dallas, TX 75265-0485
WESTERN DISTRICT OF PENNSYLVANIA         Greensboro, NC 27404-4068
Pittsburgh
Mon Dec  6 14:41:36 EST 2021

Alleghney Health Network                 Asset Recovery Solutions                Bank of America
PO Box 645266                            220 E. Devon Avenue                     4909 Savarese Circle
Pittsburgh, PA 15264-5250                Des Plaines, IL 60018                   Fl1-908-01-50
                                                                                 Tampa, FL 33634-2413


(p)BANK OF AMERICA                       Jerome B. Blank                         Bob's Furniture
PO BOX 982238                            Phelan Hallinan Diamond & Jones, LLP    c/o Wells Fargo Bank NA
EL PASO TX 79998-2238                    1617 JFK Boulevard                      PO Box 711118
                                         Philadelphia, PA 19103-1821             Charlotte, NC 28272


Bridgecrest                              Bureaus Investment Group Portfolio No 15 LLC    Capital One
PO Box 53087                             c/o PRA Receivables Management, LLC             Attn: Bankruptcy
Phoenix, AZ 85072-3087                   PO Box 41021                                    Po Box 30285
                                         Norfolk VA 23541-1021                           Salt Lake City, UT 84130-0285


Capital One                              Capital One                             Capital One Bank (USA), N.A.
PO Box 30253                             PO Box 30281                            by American InfoSource as agent
Salt Lake City, UT 84130-0253            Salt Lake City, UT 84130-0281           PO Box 71083
                                                                                 Charlotte, NC  28272-1083


Carvana, LLC                             Citibank                                Citibank
PO Box 29018 Phoenix AZ 85038            Attn: Recovery/Centralized Bankruptcy   PO Box 6217
                                         Po Box 790034                           Sioux Falls, SD 57117-6217
                                         St Louis, MO 63179-0034


Credit Collection Service                Credit One Bank                         Credit One Bank
Attn: Bankruptcy                         Attn: Bankruptcy Department             Po Box 98872
Po Box 773                               Po Box 98873                            Las Vegas, NV 89193-8872
Needham, MA 02494-0918                   Las Vegas, NV 89193-8873


Duquesne Light Company                   Keri P. Ebeck                           FREEDOM MORTGAGE CORPORATION
c/o Bernstein-Burkley, P.C.              Bernstein-Burkley                       ATTN.: BANKRUPTCY DEPARTMENT
707 Grant Street, Suite 2200, Gulf Tower 601 Grant Street, 9th Floor             10500 KINCAID DRIVE
Pittsburgh, PA 15219-1945                Pittsburgh, PA 15219-4430               FISHERS IN 46037-9764


Fingerhut                                (p)JEFFERSON CAPITAL SYSTEMS LLC        Freedom Mortgage
6250 Ridgewood Road                      PO BOX 7999                             PO Box 619063
Saint Cloud, MN 56303-0820               SAINT CLOUD MN 56302-7999               Dallas, TX 75261-9063


Mario J. Hanyon                          Honorable Linda Inez Zucco              LVNV Funding, LLC
Brock & Scott, PLLC                      10101 Saltsburg Road                    Resurgent Capital Services
302 Fellowship Road                      Pittsburgh, PA 15239-2156               PO Box 10587
Suite 130                                                                        Greenville, SC 29603-0587
Mount Laurel, NJ 08054-1218
```

```
LVNV Funding/Resurgent Capital          LVNV Funding/Resurgent Capital          Mariner Finance, LLC
Attn: Bankruptcy                        C/o Resurgent Capital Services          1800 Golden Mile Highway, Suite 102
Po Box 10497                            Greenville, SC 29602                    Pittsburgh, PA 15239-2893
Greenville, SC 29603-0497


Mariner Finance, LLC                    Midland Credit Management               Midland Credit Management
Attn: Bankruptcy                        2365 Northside Drive, Suite 300         PO Box 301030
8211 Town Center Drive                  San Diego, CA 92108-2709                Los Angeles, CA 90030-1030
Nottingham, MD 21236-5904


Midland Credit Management, Inc.         Maria Miksich                           Brian Nicholas
PO Box 2037                             KML Law Group, P.C.                     KML Law Group, P.C.
Warren, MI 48090-2037                   701 Market Street                       701 Market Street
                                        Suite 5000                              Suite 5000
                                        Philadelphia, PA 19106-1541             Philadelphia, PA 19106-1541


Office of the United States Trustee     OneMain Financial                       OneMain Financial
Liberty Center.                         Attn: Bankruptcy                        PO Box 1010
1001 Liberty Avenue, Suite 970          Po Box 3251                             Evansville, IN 47706-1010
Pittsburgh, PA 15222-3721               Evansville, IN 47731-3251


PRA Receivables Management, LLC         Pennsylvania Department of Revenue      Pennsylvania Dept. of Revenue
PO Box 41021                            Bankruptcy Division                     Department 280946
Norfolk, VA 23541-1021                  P.O. Box 280946                         P.O. Box 280946
                                        Harrisburg, PA 17128-0946               ATTN: BANKRUPTCY DIVISION
                                                                                Harrisburg, PA 17128-0946


Pep Boys/Synchrony Bank                 Quest Diagnostic                        Thomas Song
PO Box 960061                           c/o Credit Collections Services         Phelan Hallinan Diamond & Jones, LLP
Orlando, FL 32896-0061                  PO Box 447                              1617 JFK Boulevard
                                        Norwood, MA 02062-0447                  Suite 1400
                                                                                Philadelphia, PA 19103-1814


Kenneth M. Steinberg                    Syncb/car Care Pep B                    Synchrony Bank
Steidl & Steinberg                      Attn: Bankruptcy                        c/o of PRA Receivables Management, LLC
Suite 2830 Gulf Tower.                  Po Box 965060                           PO Box 41021
707 Grant Street                        Orlando, FL 32896-5060                  Norfolk, VA 23541-1021
Pittsburgh, PA 15219-1908


Synchrony Bank/ JC Penneys              Synchrony Bank/ JC Penneys              The Bureaus Inc
Attn: Bankruptcy                        PO Box 965007                           650 Dundee Road
Po Box 956060                           Orlando, FL 32896-5007                  Northbrook, IL 60062-2747
Orlando, FL 32896-0001


The Bureaus Inc                         The Home Depot                          Tracy L. Treadwell
Attn: Bankruptcy                        PO Box 9001010                          140 LaVale Drive
650 Dundee Rd, Ste 370                  Louisville, KY 40290-1010               Monroeville, PA 15146-2947
Northbrook, IL 60062-2757


Tracy Treadwell                         Scott A. Treadwell                      UPMC Health Services
140 Lavale Drive, Apt. G-12             4435 Marywood Drive                     PO Box 1123
Monroeville, PA 15146-2933              Monroeville, PA 15146-1325              Minneapolis MN 55440-1123
```

| | | |
|---|---|---|
| US BankCorp<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201-5229 | US BankCorp<br>Po Box 130<br>Hillsboro, OH 45133-0130 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998 | Fingerhut<br>Attn: Bankruptcy<br>Po Box 1250<br>Saint Cloud, MN 56395 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 |

(d)Jefferson Capital Systems, LLC
PO Box 7999
St Cloud, MN 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (u)Freedom Mortgage Corporation | (d)OneMain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 |

End of Label Matrix
Mailable recipients    63
Bypassed recipients     3
Total                  66