IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: ) | |
| ) | |
| Scott A. Treadwell ) | Bankruptcy No. 19-24220 CMB |
| Debtor ) | |
| SSN XXX-XX-3623 ) | Chapter 13 |
| ) | |
| Scott A. Treadwell ) | Related to Docket No. 64 |
| Movant ) | |
| ) | |
| vs. ) | |
| Port Authority of Allegheny County ) | |
| Respondent ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 8, 2021, a true and correct copy of the *Amended Order to Pay Trustee, along with the Notification of Debtor's Social Security Number* was caused to be served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Served by CM/ECF filing**
Ronda J. Winnecour, Trustee

**Served by First-Class U.S. Mail**

| | |
|---|---|
| Port Authority of Allegheny County | Scott A. Treadwell |
| Attn: Payroll Department | 4435 Marywood Drive |
| 345 Sixth Avenue | Monroeville, PA 15146 |
| Pittsburgh, PA  15222 | |

Date of Service: December 8, 2021

/s/ Kenneth M. Steinberg
Kenneth M. Steinberg, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Kenny.steinberg@steidl-steinberg.com
PA I.D. No. 31244