**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/02/2022

IN RE:

SCOTT A. TREADWELL
4435 MARYWOOD DRIVE
MONROEVILLE, PA  15146
XXX-XX-3523          Debtor(s)

Case No.19-24220 CMB

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

 NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

 This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

 This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

 The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/2/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  JCP/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  0784 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:2    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br><br>TURNERSVILLE, NJ  08012-8990 | Trustee Claim Number:3    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  FREEDOM MORT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:4    INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM:  0.00<br>COMMENT:  PMT/PL-CL*BRIDGECREST/PL*428x(60+2)=LMT*$0 ARRS/PL-CL*FR CARVANA-DOC | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  5325 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O NATIONSTAR MORTGAGE LLC D/B/A MR CO<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number:5    INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM:  0.00<br>COMMENT:  CL4GOV W NMPC*1412.02/PL*DKT4PMT-LMT*BGN 11/19*FR FREEDOM MTG-DOC 7 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  8552 |
| **TRACY TREADWELL**<br>140 LAVALE DR<br><br>MONROEVILLE, PA  15146 | Trustee Claim Number:6    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  OK TO CLOSE OFF/KD NOTES@341*NT PROV/PL*ALSO LISTED/SCH H | CRED DESC:  SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: |
| **ADT**<br>3750 PRIORITY WY SOUTH DR STE 200<br><br>INDIANAPOLIS, IN  46240 | Trustee Claim Number:7    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8251 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br><br>PITTSBURGH, PA  15264-5266 | Trustee Claim Number:8    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2603 |
| **BANK OF AMERICA****<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br><br>DALLAS, TX  75266-0933 | Trustee Claim Number:9    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9410 |
| **BOBS DISCOUNT FURNITURE++**<br>PO BOX 94498<br><br>LAS VEGAS, NV  89193 | Trustee Claim Number:10   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5263 |

| Creditor | Trustee / Court Claim | Creditor Description |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 1,020.79<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3700 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC 28269 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9303 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 8<br><br>CLAIM: 2,571.68<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6674 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI 48090 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 12<br><br>CLAIM: 2,285.87<br>COMMENT: CREDIT ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4710 |
| **FINGERHUT**<br>6250 RIDGEWOOD ROAD<br><br>SAINT CLOUD, MN 56303 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4627 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 1<br><br>CLAIM: 1,854.59<br>COMMENT: WEBBANK/FINGERHUT/SHERMAN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4627 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br><br>NOTTINGHAM, MD 21236 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 14<br><br>CLAIM: 5,806.31<br>COMMENT: X0518/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7205 |
| **ONE MAIN FINANCIAL(\*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9124 |
| **ONE MAIN FINANCIAL(\*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9124 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI 48090 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 9<br><br>CLAIM: 2,092.45<br>COMMENT: PEP BOYS\*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1759 |

| Creditor | Claim Info | Description |
|---|---|---|
| **QUEST DIAGNOSTIC**<br>7629 MARKET ST<br><br>YOUNGSTOWN, OH  44512 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4443 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI  48090 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 3,842.81<br>COMMENT: JCP*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0784 |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NC**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA  23541 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 555.46<br>COMMENT: X3984/SCH*CAP 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9303 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI  48090 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 5,862.96<br>COMMENT: X8762/SCH*THD*CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8782 |
| **US BANK**<br>POB 130<br><br>HILLSBORO, OH  45133 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7078 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O NATIONSTAR MORTGAGE LLC D/B/A MR CO<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 5,145.71<br>COMMENT: CL4GOV*5648/PL*THRU 10/19*FR FREEDOM MTG-DOC 72 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8552 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA  50309 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 1,916.07<br>COMMENT: $CL-PL@0%/PL*632185407*NT/SCH*W/28 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5407 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA  50309 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 2,148.98<br>COMMENT: NT/SCH*W/27 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5407 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 167.64<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3523 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 194.77<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8807 |

| CLAIM RECORDS | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  FREEDOM MORT/PRAE | |
| **BROCK & SCOTT PLLC** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 302 FELLOWSHIP RD STE 130 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| MT LAUREL, NJ  08054 | COMMENT:  FREEDOM MORT/PRAE | |