**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SCOTT A. TREADWELL | Case No. 19-24220CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>JEFFERSON CAPITAL SYSTEMS LLC* | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

ATTORNEY FOR THE DEBTOR HAS INFORMED THE TRUSTEE THAT THE VEHICLE HAS BEEN TOTALED

JEFFERSON CAPITAL SYSTEMS LLC*  
PO BOX 772813  
CHICAGO, IL 60677-2813

Court claim# 3/Trustee CID# 4

The Movant further certifies that on 06/07/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)  
    original creditor  
    putative creditor  
    counsel for debtor(s)  
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA 15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>SCOTT A. TREADWELL, 4435 MARYWOOD DRIVE, MONROEVILLE, PA  15146 | :<br>JEFFERSON CAPITAL SYSTEMS LLC**, NOTICES ONLY, POB 7999, ST CLOUD, MN  56302-9617 |
| ORIGINAL CREDITOR:<br>JEFFERSON CAPITAL SYSTEMS LLC*, PO BOX 772813, CHICAGO, IL  60677-2813 | DEBTOR'S COUNSEL:<br>LAUREN M LAMB ESQ, STEIDL & STEINBERG, 707 GRANT ST 28TH FLOOR, PITTSBURGH, PA  15219 |
| NEW CREDITOR: | |