IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Scott A. Treadwell, | ) | Bankruptcy No. 19-24220-CMB |
| | ) | Chapter 13 |
| Debtor | ) | Document No.   83 |
| | ) | |
| Scott A. Treadwell, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ADT, ADT Security Services, Allegheny | ) | |
| Health Network, Asset Recovery Solutions, | ) | |
| Bank of America, Bob's Furniture, | ) | |
| Bridgecredst, Bureaus Investment Group | ) | |
| Portfolio No 15 LLC, Capital One, Carvana, | ) | |
| LLC, Citibank, Credit Collection Service, | ) | |
| Credit One Bank, Duquesne Light Company, | ) | |
| Freedom Mortgage Corporation, Fingerhut, | ) | |
| Jefferson Capital Systems, LLC, LVNV | ) | |
| Funding, LLC, LVNV Funding/Resurgent | ) | |
| Capital, Lakeview Loan Servicing, LLC, | ) | |
| Mariner Finance, LLC, Midland Credit | ) | |
| Management, Nationstar Mortgage LLC d/b/a | ) | |
| Mr. Cooper, OneMain Financial, PRA | ) | |
| Receivables Management, LLC, Pennsylvania | ) | |
| Department of Revenue, Pep Boys/Synchrony | ) | |
| Bank, Quest Diagnostic, Syncb/Car Care Pep | ) | |
| B, Synchrony Bank, Synchrony Bank/JC | ) | |
| Penneys, The Bureaus Inc., The Home Depot, | ) | |
| UPMC Health Services, US BankCorp, Wells | ) | |
| Fargo Bank, N.A.,  and Ronda J. Winnecour, | ) | |
| Chapter 13 Trustee, | ) | |
| | ) | |
| Respondents | ) | |

**CONSENT ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING**

This matter comes before the Court upon the Consent Order to Approve Post-Petition

Automobile Financing [Dkt. No. [82]] filed by Debtor on June 19, 2023. Based upon the

foregoing, and for good cause shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED**

that:

1. The *Order* [Dkt. No. [83]] is **GRANTED** as provided by the terms of this *Order*. Debtor

   is authorized to obtain secured financing for the purchase of a 2019 Dodge Durango, or

   similar vehicle, on the following terms:

   a. the total amount of financing **shall not exceed $25,000.00**; and

   b. the monthly payments made under the financing agreement **shall not exceed**

      **$500.00** for no more than 72 months at an interest rate not to exceed 21.00%.

2. To the extent that Debtor secures financing for the purchase of a new vehicle, such

   payments **shall be made through the Chapter 13 Plan**. Within **30 DAYS** of securing

   such financing, Debtor shall file:

   a. an amended Chapter 13 Plan or Stipulated Order Modifying Plan; and

   b. a Report of Financing

3. To ensure the prompt and timely payment of the automobile loan, Debtor shall make a

   supplemental payment to the Chapter 13 Trustee **within 7 days** of filing the Report of

   Financing (and each month thereafter as necessary) in an amount sufficient for the

   Trustee to cover the installments due on the loan. The supplemental payments shall be in

   addition to the regular plan payment, pending confirmation of the amended Plan or

   approval of the Stipulated Order Modifying Plan.

4. The Chapter 13 Trustee is authorized to cease making payments to Jefferson Capital

   Systems, LLC on account ending in 5325. Pending confirmation of the amended Plan or

   approval of the Stipulated Order Modifying Plan providing for the new postpetition loan

   payments, the Trustee is authorized to make monthly adequate protection payments to

Clearview Federal Credit Union for the contract amount so long as sufficient

supplemental funds are provided by Debtor.

5.  Notwithstanding the inclusion of the postpetition loan within an amended Chapter 13

Plan or Stipulated Order Modifying Plan, the underlying terms of the loan shall not be

modified absent the consent of Clearview Federal Credit Union.

6.  Debtor shall serve copies of this *Order* on all creditors eligible to receive distributions

through the Chapter 13 Plan and file proof of the same with the Court.


Prepared by: Lauren M. Lamb



June 19, 2023                                /s/ Lauren M. Lamb
DATE                                         Lauren M. Lamb, Esquire
                                             Attorney for the Debtor
                                             STEIDL & STEINBERG
                                             Suite 2830, Gulf Tower
                                             707 Grant Street
                                             Pittsburgh, PA 15219
                                             (412) 391-8000
                                             llamb@steidl-steinberg.com
                                             PA I.D. No. 209201


June 19, 2023                                /s/Katherine DeSimone
DATE                                         Katherine DeSimone, Esquire
                                             Attorney for Chapter 13 Trustee
                                             Suite 3250, USX Tower
                                             600 Grant Street
                                             Pittsburgh, PA 15219
                                             412-471-5566


June 21, 2023

                                             Honorable Carlota M. Böhm
                                             United States Bankruptcy Judge

                                             FILED
                                             6/21/23 11:25 am
                                             CLERK
                                             U.S. BANKRUPTCY
                                             COURT - WDPA

Case Administrator to Mail to:
Debtor(s)
Counsel for Debtor(s)
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                  Case No. 19-24220-CMB

Scott A. Treadwell                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                Page 1 of 2
Date Rcvd: Jun 21, 2023                       Form ID: pdf900                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2023:**

**Recip ID              Recipient Name and Address**
db              +  Scott A. Treadwell, 4435 Marywood Drive, Monroeville, PA 15146-1325

TOTAL: 1


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE


# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE


# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2023                          Signature:          /s/Gustava Winters


# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2023 at the address(es) listed below:**

**Name                    Email Address**

Brian Nicholas
                         on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Christopher A. DeNardo
                         on behalf of Creditor Freedom Mortgage Corporation logsecf@logs.com

Jerome B. Blank
                         on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com  brausch@pincuslaw.com

Keri P. Ebeck
                         on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                         jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lauren M. Lamb
                         on behalf of Debtor Scott A. Treadwell
                         julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
                         rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com

District/off: 0315-2                              User: auto                                    Page 2 of 2
Date Rcvd: Jun 21, 2023                           Form ID: pdf900                               Total Noticed: 1

Lily Christina Calkins
                    on behalf of Creditor Freedom Mortgage Corporation logsecf@logs.com  lilychristinacalkins@gmail.com

Lorraine Gazzara Doyle
                    on behalf of Creditor Lakeview Loan Servicing  LLC ldoyle@logs.com, logsecf@logs.com

Maria Miksich
                    on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Mario J. Hanyon
                    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

Thomas Song
                    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com


TOTAL: 12