| | |
|---|---|
| Debtor 1 | Scott A Treadwell |
| Debtor 2 | — |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number | 19-24220 |

# *NOTICE OF ADDRESS CHANGE*

BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC (hereinafter "Creditor") hereby gives notice that all presently held or future payments and/or correspondences to Creditor for the claims filed in this bankruptcy case should be sent to the following address:

**CHANGE IN NOTICE ADDRESS**

| **Prior Notice Address** | **New Notice Address** |
|---|---|
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>PO Box 41021<br>Norfolk, VA 23541 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |

**CHANGE IN PAYMENT ADDRESS**

| *Prior Payment Address* | **New Payment Address** |
|---|---|
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>PO Box 41031<br>Norfolk, VA 23541 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>PO Box 2489<br>Kirkland, WA 98083-2489 |

Claim No.: 7

    I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.

Signed by:    **/s/ Fran Rosello**          Dated: 11/21/2023

Authorized agent for Creditor

Print Name: Fran Rosello