IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | ) |
| | ) Case No. 19-24220-CMB |
| Scott A. Treadwell | ) Chapter 13 |
|     *Debtor* | ) Docket No.   97 |
| | ) |
| Scott A. Treadwell | ) |
|     *Movant* | ) |
| | ) |
| vs. | ) |
| | ) |
| *No Respondents* | ) |

## ORDER OF COURT

AND NOW, to wit, this ___7th___ day of ___October___, 2024, it is hereby ORDERED, ADJUDGED, and DECREED that the Voluntary Petition is hereby Amended to correct the last four digits of Scott A. Treadwell`s social security number to 3623.

*Carlota M. Böhm*
dmk

Honorable Carlota M. Böhm
U.S. BANKRUPTCY JUDGE

FILED
10/7/24 9:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Scott A. Treadwell  
    Debtor

Case No. 19-24220-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Oct 07, 2024      Form ID: pdf900      Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott A. Treadwell, 4435 Marywood Drive, Monroeville, PA 15146-1325 |
| 15148885 | | Asset Recovery Solutions, 220 E. Devon Avenue, Des Plaines, IL 60018 |
| 15148888 | | Bob's Furniture, c/o Wells Fargo Bank NA, PO Box 711118, Charlotte, NC 28272 |
| 15171043 | | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15148902 | + | Honorable Linda Inez Zucco, 10101 Saltsburg Road, Pittsburgh, PA 15239-2156 |
| 15148905 | + | Mariner Finance, LLC, 1800 Golden Mile Highway, Suite 102, Pittsburgh, PA 15239-2893 |
| 15148921 | + | Tracy L. Treadwell, 140 LaVale Drive, Monroeville, PA 15146-2947 |
| 15148922 | + | Tracy Treadwell, 140 Lavale Drive, Apt. G-12, Monroeville, PA 15146-2933 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Oct 07 2024 23:46:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 07 2024 23:46:00 | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 07 2024 23:45:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15148882 | + | Email/Text: clientservices@sourcerm.com | Oct 07 2024 23:46:00 | ADT, c/o SRM, PO Box 4068, Greensboro, NC 27404-4068 |
| 15148883 | + | Email/Text: amscbankruptcy@adt.com | Oct 07 2024 23:46:00 | ADT Security Services, PO Box 650485, Dallas, TX 75265-0485 |
| 15148884 | ^ | MEBN | Oct 07 2024 23:41:06 | Alleghney Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15148886 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 07 2024 23:45:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15148887 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 07 2024 23:45:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15148889 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 07 2024 23:46:00 | Bridgecrest, PO Box 53087, Phoenix, AZ 85072-3087 |
| 15177503 | | Email/Text: bnc-thebureaus@quantum3group.com | Oct 07 2024 23:46:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15148892 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2024 23:45:33 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15148891 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2024 23:44:56 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15148890 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2024 23:44:58 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15156484 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2024 23:45:04 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15148894 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2024 23:59:06 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 15148895 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2024 23:59:08 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15148896 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 07 2024 23:46:00 | Credit Collection Service, Attn: Bankruptcy, Po Box 773, Needham, MA 02494-0918 |
| 15148898 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 07 2024 23:45:00 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15148897 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 07 2024 23:45:00 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15178983 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 07 2024 23:46:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15173042 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 07 2024 23:46:00 | FREEDOM MORTGAGE CORPORATION, ATTN.: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15148899 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 07 2024 23:46:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15148901 | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 07 2024 23:46:00 | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 15148900 | | Email/Text: bnc-bluestem@quantum3group.com | Oct 07 2024 23:46:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15256489 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 07 2024 23:46:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15152672 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2024 23:45:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15148903 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2024 23:59:16 | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15148904 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2024 23:59:06 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15148906 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 07 2024 23:46:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15148908 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2024 23:46:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15148907 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2024 23:46:00 | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 15178455 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2024 23:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15457340 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 07 2024 23:46:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 15148911 | + | Email/PDF: cbp@omf.com | Oct 07 2024 23:45:14 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15148909 | + | Email/PDF: cbp@omf.com | Oct 07 2024 23:45:37 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15148913 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2024 23:45:17 | Pep Boys/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |

Case 19-24220-CMB   Doc 100   Filed 10/09/24   Entered 10/10/24 00:30:21   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 07, 2024 | Form ID: pdf900 | Total Noticed: 57 |

| Recip ID | | Notice Type | Notice Date | Name and Address |
|---|---|---|---|---|
| 15148914 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 07 2024 23:46:00 | Quest Diagnostic, c/o Credit Collections Services, PO Box 447, Norwood, MA 02062-0447 |
| 15148915 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2024 23:45:14 | Syncb/car Care Pep B, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15150075 | ^ | MEBN | Oct 07 2024 23:41:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15148917 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2024 23:59:17 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 15148916 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2024 23:45:15 | Synchrony Bank/ JC Penneys, PO Box 965007, Orlando, FL 32896-5007 |
| 15148918 | + | Email/Text: bnc-thebureaus@quantum3group.com | Oct 07 2024 23:46:00 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 15148919 | + | Email/Text: bnc-thebureaus@quantum3group.com | Oct 07 2024 23:46:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 15148920 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2024 23:59:25 | The Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 15176044 | | Email/Text: BNCnotices@dcmservices.com | Oct 07 2024 23:46:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15148924 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 07 2024 23:46:00 | US BankCorp, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15148923 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 07 2024 23:46:00 | US BankCorp, Po Box 130, Hillsboro, OH 45133-0130 |
| 15176911 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 07 2024 23:59:25 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15646130 | | Email/Text: bankruptcynotice@westlakefinancial.com | Oct 07 2024 23:46:00 | Westlake Financial Services, P.O. Box 54807, Los Angeles, CA 90054-0807 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 15148893 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15148912 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15148910 | *+ | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 15672343 | *+ | Westlake Financial Services, P.O. Box 54807, Los Angeles, CA 90054-0807 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Oct 07, 2024 | Form ID: pdf900 | Total Noticed: 57

Date: Oct 09, 2024           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2024 at the address(es) listed below:**

**Name**         **Email Address**

Christopher A. DeNardo
  on behalf of Creditor Freedom Mortgage Corporation logsecf@logs.com

Christopher A. DeNardo
  on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com

Denise Carlon
  on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com

Denise Carlon
  on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com

Jerome B. Blank
  on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com brausch@pincuslaw.com

Keri P. Ebeck
  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
  btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren M. Lamb
  on behalf of Debtor Scott A. Treadwell
  julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
  rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lily Christina Calkins
  on behalf of Creditor Freedom Mortgage Corporation logsecf@logs.com lilychristinacalkins@gmail.com

Maria Miksich
  on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Mario J. Hanyon
  on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

Thomas Song
  on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com


TOTAL: 13