IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Scott Treadwell | ) | Case No. 19-24220 CMB |
|     Debtor | ) | Chapter 13 |
| | ) | Related to Docket Nos. 105 & 106 |
| Steidl and Steinberg, P.C. | ) | |
|     Applicant | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | |
| Trustee, PA Dept. of Revenue, ADT, AHN, Asset | ) | |
| Recovery Solutions, Bank of America, Bob's Furniture, | ) | |
| Bridgecrest, Bureaus Investment Group Portfolio, | ) | |
| Capital One, Carvana, CitiBank, Credit Collection | ) | |
| Services, Credit One Bank, Duquesne Light Co., | ) | |
| Freedom Mortgage Corp., Fingerhut, Jefferson Capital | ) | |
| Systems, LVNV Funding, Lakeview Loan Servicing, | ) | |
| Mariner Finance, Midland Credit Management, | ) | |
| NationStar Mortgage, One Main Financial, PRA | ) | |
| Receivables Management, Synchrony Bank/Pep Boys/ | ) | |
| Car Care/JC Penneys, Quest Diagnostics, The Bureaus | ) | |
| Inc., The Home Depot, UPMC Health Services, US | ) | |
| Bank Corp., Wells Fargo Bank, Westlake Financial | ) | |
| Services, | ) | |
|     Respondents | ) | |

## **CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR COMPENSATION BY COUNSEL FOR DEBTOR**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation by Counsel for Debtor filed on December 5, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Compensation by Counsel for Debtor appears thereon. Pursuant to the Notice of Hearing, objections for Application for Compensation by Counsel for Debtor were to be filed and served no later than December 23, 2024.

    It is hereby respectfully requested that the Order attached to the Application for Compensation by Counsel for Debtor be entered by the Court.

                                            Respectfully submitted,

<u>December 26, 2024</u>　　　　　　　　　　<u>/s/Lauren M. Lamb</u>
Date:　　　　　　　　　　　　　　　　　Lauren M. Lamb, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor
　　　　　　　　　　　　　　　　　　　　Steidl & Steinberg, P.C.
　　　　　　　　　　　　　　　　　　　　436 Seventh Avenue, Suite 322
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　(412) 391-8000
　　　　　　　　　　　　　　　　　　　　PA I. D. No.  209201
　　　　　　　　　　　　　　　　　　　　llamb@steidl-steinberg.com