**Fill in this information to identify the case:**

Debtor 1: Scott A. Treadwell

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Western District of Pennsylvania (State)

Case number: 19-24220-CMB

Form 4100R

# AMENDED Response to Notice of Final Cure Payment          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Lakeview Loan Servicing, LLC

**Court claim no. (if known):** 4

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX8552

**Property address:** 4435 Marywood Dr
Monroeville, PA 15146

## Part 2: Pre-petition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim. Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Post-petition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on: _____ MM/DD/YYYY

☒ Creditor states that the debtor(s) **are not current** on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total post-petition payments due:    (a) $ 2,905.18
b. Total fees, charges, expenses, escrow, and costs outstanding    +(b) $ 0.00
c. **Total.** Add lines a and b    (c) $ 2,905.18

Creditor asserts that the debtor(s) are contractually
Obligated for the post-petition payment(s) that first became
Due on:    01/01/2025    MM/DD/YYYY

**Creditor Agrees that all payments from the Trustee have been received. The debtor is responsible for the payments starting with 1/1/2025.
Post-petition payments due are from 1/1/2025-2/1/2025 @$1,452.59.**

| Debtor 1 | **Scott A. Treadwell** | Case number 19-24220-CMB |
|---|---|---|
| | First Name   Middle Name   Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | Signature: /s/Kinnera Bhoopal | Date | 02/28/2025 |
|---|---|---|---|
| Print | Kinnera Bhoopal | Title | Authorized Agent for the Creditor |
| | First Name   Middle Name   Last Name | | |
| Company | McCalla Raymer Leibert Pierce, LLP | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 325 Chestnut Street, Suite 725 | | |
|---|---|---|---|
| | Number   Street | | |
| | Philadelphia, PA 19106 | | |
| | City   State   Zip Code | | |
| Contact phone | (312) 348-9088 X5172 | Email | Kinnera.Bhoopal@mccalla.com |

| | |
|---|---|
| In Re:   Scott A. Treadwell | Bankruptcy Case No.:   19-24220-CMB<br>Chapter:   13<br>Judge:   Carlota M. Bohm |

CERTIFICATE OF SERVICE

I, Kinnera Bhoopal, of McCalla Raymer Leibert Pierce, LLP, 325 Chestnut Street, Suite 725, Philadelphia, PA 19106, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within AMENDED Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Scott A. Treadwell
4435 Marywood Drive
Monroeville, PA 15146

Lauren M. Lamb                                              (served via ECF Notification)
Steidl & Steinberg, P.C.
436 7th Ave.
Koppers Building
Suite 322
Pittsburgh, PA 15219

Ronda J. Winnecour, Trustee                      (served via ECF Notification)
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee              (served via ECF Notification)
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   02/28/2025     By:   /s/Kinnera Bhoopal
                    (date)                           Kinnera Bhoopal,
                                                              Authorized Agent for the Creditor

| Loan Number | |
|---|---|
| Debtor | Treadwell |
| BK filed date | 10/30/2019 |
| BK Case # | 19-24220 |
| Post Next Due | **1/1/2025** |
| Suspense | $ - |

| Filed POC - First Post Payment | | | |
|---|---|---|---|
| Payment Changes | Filed Date | Effective Date | Amount |
| POC | 12/18/2019 | 11/1/2019 | $1,371.64 |
| PCN | 9/24/2020 | 11/1/2020 | $1,387.07 |
| PCN | 11/9/2020 | 12/1/2020 | $1,387.07 |
| PCN | 11/5/2021 | 12/1/2021 | $1,386.24 |
| PCN | 11/6/2022 | 12/1/2022 | $1,392.34 |
| PCN | 11/8/2023 | 12/1/2023 | $1,409.67 |
| PCN | 10/28/2024 | 12/1/2024 | $1,452.59 |

| Date Received | Amount Received | | Amount Due | Post-Petition Due date | Suspense Balance |
|---|---|---|---|---|---|
| 1/28/2020 | $3,803.48 | | $1,371.64 | 11/1/2019 | $2,431.84 |
| | | | $1,371.64 | 12/1/2019 | $1,060.20 |
| 2/25/2020 | $1,523.51 | | $1,371.64 | 1/1/2020 | $1,212.07 |
| 3/23/2020 | $1,523.51 | | $1,371.64 | 2/1/2020 | $1,363.94 |
| 4/27/2020 | $1,523.50 | | $1,371.64 | 3/1/2020 | $1,515.80 |
| 5/26/2020 | $1,463.15 | | $1,371.64 | 4/1/2020 | $1,607.31 |
| 6/26/2020 | $2,194.72 | | $1,371.64 | 5/1/2020 | $2,430.39 |
| 7/29/2020 | $1,463.14 | | $1,371.64 | 6/1/2020 | $2,521.89 |
| 8/25/2020 | $731.57 | | $1,371.64 | 7/1/2020 | $1,881.82 |
| 9/28/2020 | $2,194.72 | | $1,371.64 | 8/1/2020 | $2,704.90 |
| 10/26/2020 | $1,410.02 | | $1,371.64 | 9/1/2020 | $2,743.28 |
| 11/24/2020 | $1,371.64 | | $1,371.64 | 10/1/2020 | $2,743.28 |
| 12/21/2020 | $1,371.64 | | $1,387.07 | 11/1/2020 | $2,727.85 |
| 1/25/2021 | $1,371.64 | | $1,387.07 | 12/1/2020 | $2,712.42 |
| 2/22/2021 | $1,371.64 | | $1,387.07 | 1/1/2021 | $2,696.99 |
| 3/26/2021 | $1,371.64 | | $1,387.07 | 2/1/2021 | $2,681.56 |
| 4/26/2021 | $1,371.64 | | $1,387.07 | 3/1/2021 | $2,666.13 |
| 5/25/2021 | $1,371.64 | | $1,387.07 | 4/1/2021 | $2,650.70 |
| 6/25/2021 | $1,371.64 | | $1,387.07 | 5/1/2021 | $2,635.27 |
| | | | $1,387.07 | 6/1/2021 | $1,248.20 |
| 7/26/2021 | $1,371.64 | | $1,387.07 | 7/1/2021 | $1,232.77 |
| 8/26/2021 | $1,371.64 | | $1,387.07 | 8/1/2021 | $1,217.34 |
| 9/24/2021 | $1,371.64 | | $1,387.07 | 9/1/2021 | $1,201.91 |
| 10/25/2021 | $1,371.64 | | $1,387.07 | 10/1/2021 | $1,186.48 |
| 11/22/2021 | $1,371.64 | | $1,387.07 | 11/1/2021 | $1,171.05 |
| 12/23/2021 | $1,371.64 | | $1,386.24 | 12/1/2021 | $1,156.45 |
| 1/26/2022 | $1,601.43 | | $1,386.24 | 1/1/2022 | $1,371.64 |
| 2/23/2022 | $1,371.64 | | $1,386.24 | 2/1/2022 | $1,357.04 |
| 3/25/2022 | $1,371.64 | | $1,386.24 | 3/1/2022 | $1,342.44 |
| 4/26/2022 | $1,371.64 | | $1,386.24 | 4/1/2022 | $1,327.84 |
| 5/25/2022 | $1,371.64 | | $1,386.24 | 5/1/2022 | $1,313.24 |
| 6/27/2022 | $1,459.24 | | $1,386.24 | 6/1/2022 | $1,386.24 |
| 7/26/2022 | $1,386.24 | | $1,386.24 | 7/1/2022 | $1,386.24 |

| Date | Amount | | Amount | Date | Balance |
|---|---|---|---|---|---|
| 8/24/2022 | $1,386.24 | | $1,386.24 | 8/1/2022 | $1,386.24 |
| 9/27/2022 | $1,386.24 | | $1,386.24 | 9/1/2022 | $1,386.24 |
| 10/25/2022 | $1,282.44 | | $1,386.24 | 10/1/2022 | $1,282.44 |
| 11/23/2022 | $1,490.04 | | $1,386.24 | 11/1/2022 | $1,386.24 |
| 12/22/2022 | $1,386.24 | | $1,392.34 | 12/1/2022 | $1,380.14 |
| 1/26/2023 | $1,404.54 | | $1,392.34 | 1/1/2023 | $1,392.34 |
| 2/23/2023 | $1,263.68 | | $1,392.34 | 2/1/2023 | $1,263.68 |
| 3/28/2023 | $1,521.00 | | $1,392.34 | 3/1/2023 | $1,392.34 |
| 4/25/2023 | $1,259.49 | | $1,392.34 | 4/1/2023 | $1,259.49 |
| 5/25/2023 | $1,188.10 | | $1,392.34 | 5/1/2023 | $1,055.25 |
| 6/26/2023 | $1,729.43 | | $1,392.34 | 6/1/2023 | $1,392.34 |
| 7/25/2023 | $1,392.34 | | $1,392.34 | 7/1/2023 | $1,392.34 |
| 8/25/2023 | $1,392.34 | | $1,392.34 | 8/1/2023 | $1,392.34 |
| 9/26/2023 | $1,392.34 | | $1,392.34 | 9/1/2023 | $1,392.34 |
| 10/25/2023 | $1,336.37 | | $1,392.34 | 10/1/2023 | $1,336.37 |
| 11/27/2023 | $1,448.31 | | $1,392.34 | 11/1/2023 | $1,392.34 |
| 12/21/2023 | $1,392.34 | | $1,409.67 | 12/1/2023 | $1,375.01 |
| 1/26/2024 | $1,392.34 | | $1,409.67 | 1/1/2024 | $1,357.68 |
| 2/26/2024 | $1,392.34 | | $1,409.67 | 2/1/2024 | $1,340.35 |
| 3/26/2024 | $1,392.34 | | $1,409.67 | 3/1/2024 | $1,323.02 |
| 4/25/2024 | $1,496.32 | | $1,409.67 | 4/1/2024 | $1,409.67 |
| 5/29/2024 | $1,409.67 | | $1,409.67 | 5/1/2024 | $1,409.67 |
| 6/25/2024 | $1,409.67 | | $1,409.67 | 6/1/2024 | $1,409.67 |
| 7/25/2024 | $1,409.67 | | $1,409.67 | 7/1/2024 | $1,409.67 |
| 8/26/2024 | $1,409.67 | | $1,409.67 | 8/1/2024 | $1,409.67 |
| 9/25/2024 | $1,409.67 | | $1,409.67 | 9/1/2024 | $1,409.67 |
| 10/25/2024 | $2,819.34 | | $1,409.67 | 10/1/2024 | $2,819.34 |
| 11/25/2024 | $42.92 | | $1,409.67 | 11/1/2024 | $1,452.59 |
| | | | $1,452.59 | 12/1/2024 | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | Due | $1,452.59 | 1/1/2025 | ($1,452.59) |
| | | Due | $1,452.59 | 2/1/2025 | ($2,905.18) |
| | | | | | ($2,905.18) |
| | | | | | ($2,905.18) |
| | | | | | ($2,905.18) |