# PROCEEDING MEMO

**Date:** 04/02/2025 1:30 PM

**In re:** Scott A. Treadwell

                                                              Bankruptcy No. 19-24220-CMB
                                                               Chapter: 13
                                                               Doc. # 114

**Appearances:** Brian Nicholas
                           Julie Steidl, Esq
                           Owen Katz, Trustee

**Nature of Proceeding:** #114 Status Conference Re: Response to Notice of Final Cure Payment

**Additional Pleadings:** #117 Amended Response to Notice of Final Cure Payment

- Hearing held.

- Payments are completed.

- Matter is Resolved.

                                                   **Carlota Böhm**
                                                   **U.S. Bankruptcy Judge**

                                                   SIGNED
                                                   4/2/25 3:26 pm
                                                   CLERK
                                                   U.S. BANKRUPTCY
                                                   COURT - WDPA