IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Scott A. Treadwell, | ) | Bankruptcy No. 19-24220-CMB |
| Debtor | ) | Chapter 13 |
| | ) | Document No. |
| Scott A. Treadwell, | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.
2. The Debtor is not required to pay any Domestic Support Obligation.
3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.
4. On August 15, 2023, at docket number 87, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

March 3, 2025                          /s/Scott A. Treadwell
Dated                                  Scott A. Treadwell

April 8, 2025                          /s/ Lauren M. Lamb
Date                                   Lauren M. Lamb, Esquire
                                       Attorney for the Debtor
                                       STEIDL & STEINBERG
                                       436 Seventh Avenue
                                       Suite 322, Koppers Building
                                       Pittsburgh, PA 15219
                                       (412) 391-8000
                                       PA I. D. No. 209201
                                       llamb@steidl-steinberg.com