**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Scott A. Treadwell<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3623<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19-24220-CMB | |

# Order of Discharge                                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Scott A. Treadwell

4/14/25                                                                       **By the court:** Carlota M Bohm
                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 19-24220-CMB
Scott A. Treadwell  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Apr 14, 2025     Form ID: 3180W     Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott A. Treadwell, 4435 Marywood Drive, Monroeville, PA 15146-1325 |
| 15148885 | | Asset Recovery Solutions, 220 E. Devon Avenue, Des Plaines, IL 60018 |
| 15148888 | | Bob's Furniture, c/o Wells Fargo Bank NA, PO Box 711118, Charlotte, NC 28272 |
| 15171043 | | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15148902 | + | Honorable Linda Inez Zucco, 10101 Saltsburg Road, Pittsburgh, PA 15239-2156 |
| 15148905 | + | Mariner Finance, LLC, 1800 Golden Mile Highway, Suite 102, Pittsburgh, PA 15239-2893 |
| 15148921 | + | Tracy L. Treadwell, 140 LaVale Drive, Monroeville, PA 15146-2947 |
| 15148922 | + | Tracy Treadwell, 140 Lavale Drive, Apt. G-12, Monroeville, PA 15146-2933 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 15 2025 04:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 15 2025 04:46:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: Q3GTBI | Apr 15 2025 04:46:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 15 2025 01:09:00 | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | + | EDI: PRA.COM | Apr 15 2025 04:46:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15148882 | + | Email/Text: clientservices@sourcerm.com | Apr 15 2025 01:11:00 | ADT, c/o SRM, PO Box 4068, Greensboro, NC 27404-4068 |
| 15148883 | + | Email/Text: amscbankruptcy@adt.com | Apr 15 2025 01:11:00 | ADT Security Services, PO Box 650485, Dallas, TX 75265-0485 |
| 15148884 | ^ | MEBN | Apr 15 2025 01:08:17 | Alleghney Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15148886 | + | EDI: BANKAMER | Apr 15 2025 04:46:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15148887 | + | EDI: BANKAMER | Apr 15 2025 04:46:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15148889 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 15 2025 01:11:00 | Bridgecrest, PO Box 53087, Phoenix, AZ 85072-3087 |
| 15177503 | | EDI: Q3GTBI | | |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | Apr 15 2025 04:46:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15148892 | + EDI: CAPITALONE.COM | Apr 15 2025 04:46:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15148891 | + EDI: CAPITALONE.COM | Apr 15 2025 04:46:00 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 15148890 | + EDI: CAPITALONE.COM | Apr 15 2025 04:46:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15156484 | EDI: CAPITALONE.COM | Apr 15 2025 04:46:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15148894 | + EDI: CITICORP | Apr 15 2025 04:46:00 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 15148895 | + EDI: CITICORP | Apr 15 2025 04:46:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15148896 | + EDI: CCS.COM | Apr 15 2025 04:46:00 | Credit Collection Service, Attn: Bankruptcy, Po Box 773, Needham, MA 02494-0918 |
| 15148898 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 15 2025 01:19:27 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15148897 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 15 2025 01:19:28 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15178983 | + Email/Text: kburkley@bernsteinlaw.com | Apr 15 2025 01:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15173042 | + Email/Text: Bankruptcy@Freedommortgage.com | Apr 15 2025 01:09:00 | FREEDOM MORTGAGE CORPORATION, ATTN.: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15148899 | + EDI: BLUESTEM | Apr 15 2025 04:46:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15148901 | Email/Text: Bankruptcy@Freedommortgage.com | Apr 15 2025 01:09:00 | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 15148900 | EDI: BLUESTEM | Apr 15 2025 04:46:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15256489 | EDI: JEFFERSONCAP.COM | Apr 15 2025 04:46:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15152672 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2025 01:19:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15148903 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2025 01:31:14 | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15148904 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2025 01:19:30 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15148906 | + Email/Text: bankruptcy@marinerfinance.com | Apr 15 2025 01:09:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15148908 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 15 2025 01:10:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15148907 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 15 2025 01:10:00 | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 15178455 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 15 2025 01:10:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15457340 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 15 2025 01:09:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |

Case 19-24220-CMB    Doc 124    Filed 04/16/25    Entered 04/17/25 00:29:37    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: 3180W | Total Noticed: 59 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15148911 | + | EDI: AGFINANCE.COM | Apr 15 2025 04:46:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15148909 | + | EDI: AGFINANCE.COM | Apr 15 2025 04:46:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15148913 | + | EDI: SYNC | Apr 15 2025 04:46:00 | Pep Boys/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15148914 | + | EDI: CCS.COM | Apr 15 2025 04:46:00 | Quest Diagnostic, c/o Credit Collections Services, PO Box 447, Norwood, MA 02062-0447 |
| 15148915 | + | EDI: SYNC | Apr 15 2025 04:46:00 | Syncb/car Care Pep B, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15150075 | ^ | MEBN | Apr 15 2025 01:09:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15148917 | + | EDI: SYNC | Apr 15 2025 04:46:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 15148916 | + | EDI: SYNC | Apr 15 2025 04:46:00 | Synchrony Bank/ JC Penneys, PO Box 965007, Orlando, FL 32896-5007 |
| 15148918 | + | EDI: Q3GTBI | Apr 15 2025 04:46:00 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2757 |
| 15148919 | + | EDI: Q3GTBI | Apr 15 2025 04:46:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 15148920 | + | EDI: CITICORP | Apr 15 2025 04:46:00 | The Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 15176044 | | Email/Text: BNCnotices@dcmservices.com | Apr 15 2025 01:10:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15148924 | + | EDI: USBANKARS.COM | Apr 15 2025 04:46:00 | US BankCorp, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15148923 | + | EDI: USBANKARS.COM | Apr 15 2025 04:46:00 | US BankCorp, Po Box 130, Hillsboro, OH 45133-0130 |
| 15176911 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 15 2025 01:20:54 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15646130 | | Email/Text: bankruptcynotice@westlakefinancial.com | Apr 15 2025 01:10:00 | Westlake Financial Services, P.O. Box 54807, Los Angeles, CA 90054-0807 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 15148893 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15148912 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15148910 | *+ | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 15672343 | *+ | Westlake Financial Services, P.O. Box 54807, Los Angeles, CA 90054-0807 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 19-24220-CMB    Doc 124    Filed 04/16/25    Entered 04/17/25 00:29:37    Desc
Imaged Certificate of Notice    Page 6 of 6

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 14, 2025 | Form ID: 3180W | Total Noticed: 59 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2025         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor Freedom Mortgage Corporation logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com  brausch@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Scott A. Treadwell julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Lily Christina Calkins | on behalf of Creditor Freedom Mortgage Corporation logsecf@logs.com  lilychristinacalkins@gmail.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 13