IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    SCOTT A. TREADWELL

        Debtor(s)

    Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:19-24220

Chapter 13

Related to: Document No. 111

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __14th__ day of __April__, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

SIGNED
4/14/25 8:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_    glb
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-24220-CMB

Scott A. Treadwell  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 4
Date Rcvd: Apr 14, 2025  Form ID: pdf900  Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott A. Treadwell, 4435 Marywood Drive, Monroeville, PA 15146-1325 |
| 15148885 | | Asset Recovery Solutions, 220 E. Devon Avenue, Des Plaines, IL 60018 |
| 15148888 | | Bob's Furniture, c/o Wells Fargo Bank NA, PO Box 711118, Charlotte, NC 28272 |
| 15171043 | | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15148902 | + | Honorable Linda Inez Zucco, 10101 Saltsburg Road, Pittsburgh, PA 15239-2156 |
| 15148905 | + | Mariner Finance, LLC, 1800 Golden Mile Highway, Suite 102, Pittsburgh, PA 15239-2893 |
| 15148921 | + | Tracy L. Treadwell, 140 LaVale Drive, Monroeville, PA 15146-2947 |
| 15148922 | + | Tracy Treadwell, 140 Lavale Drive, Apt. G-12, Monroeville, PA 15146-2933 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Apr 15 2025 01:10:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 15 2025 01:09:00 | Lakeview Loan Servicing, LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 15 2025 01:31:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15148882 | + | Email/Text: clientservices@sourcerm.com | Apr 15 2025 01:11:00 | ADT, c/o SRM, PO Box 4068, Greensboro, NC 27404-4068 |
| 15148883 | + | Email/Text: amscbankruptcy@adt.com | Apr 15 2025 01:11:00 | ADT Security Services, PO Box 650485, Dallas, TX 75265-0485 |
| 15148884 | ^ | MEBN | Apr 15 2025 01:08:17 | Alleghney Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15148886 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 15 2025 01:09:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15148887 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 15 2025 01:09:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15148889 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 15 2025 01:11:00 | Bridgecrest, PO Box 53087, Phoenix, AZ 85072-3087 |
| 15177503 | | Email/Text: bnc-thebureaus@quantum3group.com | Apr 15 2025 01:10:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15148892 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2025 01:31:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15148891 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2025 01:31:14 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |

Case 19-24220-CMB    Doc 125    Filed 04/16/25    Entered 04/17/25 00:29:37    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: pdf900 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 15148890 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2025 01:42:45 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15156484 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2025 01:20:12 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15148894 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 15 2025 01:20:57 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 15148895 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 15 2025 01:20:54 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15148896 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 15 2025 01:11:00 | Credit Collection Service, Attn: Bankruptcy, Po Box 773, Needham, MA 02494-0918 |
| 15148898 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 15 2025 01:20:11 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15148897 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 15 2025 01:20:46 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15178983 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 15 2025 01:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15173042 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 15 2025 01:09:00 | FREEDOM MORTGAGE CORPORATION, ATTN.: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15148899 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 15 2025 01:11:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15148901 | | Email/Text: Bankruptcy@Freedommortgage.com | Apr 15 2025 01:09:00 | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 15148900 | | Email/Text: bnc-bluestem@quantum3group.com | Apr 15 2025 01:11:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15256489 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 15 2025 01:10:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15152672 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2025 01:31:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15148903 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2025 01:31:14 | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15148904 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 15 2025 01:31:43 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15148906 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 15 2025 01:09:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15148908 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 15 2025 01:10:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15148907 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 15 2025 01:10:00 | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 15178455 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 15 2025 01:10:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15457340 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 15 2025 01:09:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 15148911 | + | Email/PDF: cbp@omf.com | Apr 15 2025 01:20:56 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15148909 | + | Email/PDF: cbp@omf.com | Apr 15 2025 01:53:01 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15148913 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:53:01 | Pep Boys/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |

Case 19-24220-CMB   Doc 125   Filed 04/16/25   Entered 04/17/25 00:29:37   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: pdf900 | Total Noticed: 57 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15148914 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 15 2025 01:11:00 | Quest Diagnostic, c/o Credit Collections Services, PO Box 447, Norwood, MA 02062-0447 |
| 15148915 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:19:25 | Syncb/car Care Pep B, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15150075 | ^ | MEBN | Apr 15 2025 01:09:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15148917 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:19:22 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 15148916 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 15 2025 01:20:03 | Synchrony Bank/ JC Penneys, PO Box 965007, Orlando, FL 32896-5007 |
| 15148918 | + | Email/Text: bnc-thebureaus@quantum3group.com | Apr 15 2025 01:10:00 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2757 |
| 15148919 | + | Email/Text: bnc-thebureaus@quantum3group.com | Apr 15 2025 01:10:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 15148920 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 15 2025 01:20:54 | The Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 15176044 | | Email/Text: BNCnotices@dcmservices.com | Apr 15 2025 01:10:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15148924 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 15 2025 01:10:00 | US BankCorp, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 15148923 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 15 2025 01:10:00 | US BankCorp, Po Box 130, Hillsboro, OH 45133-0130 |
| 15176911 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 15 2025 01:20:21 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15646130 | | Email/Text: bankruptcynotice@westlakefinancial.com | Apr 15 2025 01:10:00 | Westlake Financial Services, P.O. Box 54807, Los Angeles, CA 90054-0807 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 15148893 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15148912 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15148910 | *+ | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 15672343 | *+ | Westlake Financial Services, P.O. Box 54807, Los Angeles, CA 90054-0807 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2025  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Christopher A. DeNardo | on behalf of Creditor Freedom Mortgage Corporation logsecf@logs.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com  brausch@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Scott A. Treadwell julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Lily Christina Calkins | on behalf of Creditor Freedom Mortgage Corporation logsecf@logs.com  lilychristinacalkins@gmail.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 13